# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**FRANK J. DEEMILIA,**

                **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No.  6:06-cv-1931-Orl-28UAM**

**COMMISSIONER OF SOCIAL
SECURITY,**

                **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **THE COMMISSIONER'S MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 13)** |
| **FILED:** | **August 8, 2007** |

**THEREON** it is **RECOMMENDED** that the unopposed motion be **GRANTED**.

      It is **FURTHER RECOMMENDED** that the decision of the Commissioner be remanded to the Commissioner of Social Security  under sentence four of 42 U.S.C. § 405(g) in order to:

      (1) evaluate Dr. Michael J. Barimo's treatment record (Tr. 273-90); (2) evaluate and assign proper weight to Dr. Barimo's April 6, 2005, medical source statement; (3) formulate a new residual functional capacity (RFC) determination; (4) obtain Vocational Expert testimony and include the credible limitations of record in a hypothetical question; and (5) any other proceedings the Commissioner deems appropriate.

*See* Doc. No. 13 at 1.  The Clerk of Court should be directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on August 9, 2007.

*Donald P. Dietrich*

DONALD P. DIETRICH
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

The Honorable John Antoon II
Counsel of Record
Unrepresented Party
Courtroom Deputy