UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FRANK J. DEEMILIA,

                Plaintiff,

-vs-                                                  Case No. 6:06-cv-1931-Orl-28JGG

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.

## ORDER

This case is before the Court on The Commissioner's Motion for Entry of Judgment with Remand (Doc. No. 13) filed August 8, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed August 9, 2007 (Doc. No. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Commissioner's Motion for Entry of Judgment with Remand is **GRANTED.**

    3.    The decision of the Commissioner is remanded under sentence four of 42 U.S.C. § 405(g) for the purposes set forth in the Report and Recommendation.

4. The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 28th day of August, 2007.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party